**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSE RIVERA,

          Petitioner

          v.

ARMSTRONG WORLD INDUSTRIES, INC.,
BRENNTAG NORTHEAST INC., BARLEY
SNYDER, AND ALAN J. HAY, M.D.,

          Respondents

: No. 672 MAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.